serve their demeanor and to reflect upon their responses. That court is therefore in a far better position to determine the relative credibility of the various witnesses than is this court, whose review of the testimony is limited to reading the printed questions and answers."

■■ We find that the judgment is not against the manifest weight of the evidence.

The judgment is affirmed.

Affirmed.

ENGLISH and LORENZ, JJ., concur.

THEODORE ZELINKA *et al.*, Plaintiffs-Appellants, *v.* THE CITY OF CHICAGO *et al.*, Defendants-Appellees.

(No. 55993; )

First District (3rd Division)—October 5, 1972.

*Rehearing denied March 23, 1973.*

Opinion by Mr. JUSTICE McNAMARA.

Daniel L. Houlihan, of Chicago, for appellants.

Richard L. Curry, Corporation Counsel, of Chicago, (William R. Quinlan and Thomas J. Cachor, Assistant Corporation Counsel, of counsel,) for appellees.